UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paris Allen,<br><br>               Plaintiff,<br><br>v.<br><br>Chuck Weyer, Kevin Monio, Tammy Wherley, Sherlinda Wheeler, Michelle Smith, Mike Costello, David Reishus, Shelli Monio, Sherry Henry, Jane Roe, Karla Halverson, Kathy Reid, and Teresa Kincannon,<br><br>               Defendants. | Case No. 16-cv-0656 (WMW/KMM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter is before the Court on the September 29, 2017 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkts. 87.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1. The September 29, 2017 R&R, (Dkt. 87), is **ADOPTED**.

2. Defendant's motion for summary judgment, (Dkt. 61), is **GRANTED**.

LET JUDGMENT BY ENTERED ACCORDINGLY.

Dated: October 31, 2017                                                       s/Wilhelmina M. Wright
                                                                                   Wilhelmina M. Wright
                                                                                   United States District Judge